**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIREESHA REDDY CHERUKU and MAHENDER REDDY CHERUKU, | Civil Action No.: 14-6855 (CCC-MF) |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECUIRTY, et al., | |
| Defendants. | |

**CECCHI, District Judge.**

This matter comes before the Court on a motion of Defendants to dismiss Plaintiffs' Amended Complaint for lack of subject matter jurisdiction and for failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectively.

**WHEREAS** the Court held a conference on November 23, 2015; and

**WHEREAS** the parties intend to work toward a resolution of the case by pursuing alternative administrative options; and

**WHEREAS** the parties consent to a stay and administrative termination of this case pending alternative resolution;

IT IS on this 25th day of November, 2015

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 10) is administratively terminated without prejudice to Defendants to refile; and it is further

**ORDERED** that this case is stayed and administratively terminated; and it is further

**ORDERED** that the Clerk of the Court shall mark this case "Stayed" and "Administratively Terminated"; and it is further

**ORDERED** that the case may be reopened by letter request of either party to the Court.


**SO ORDERED.**


CLAIRE C. CECCHI, U.S.D.J.